IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:95CR00016-2

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| v. | ) | ORDER |
| | ) | |
| **PATRICIA WILLIAMS LOCKLEAR** | ) | |

Before the court is a motion filed by the United States of America by the Director of the Federal Bureau of Prisons pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), seeking a modification of the term of imprisonment of the defendant, Patricia Williams Locklear, to time served, and commencement of a 60-month term of supervised release previously imposed. The court finds:

1. Patricia Williams Locklear was found guilty of violating 21 U.S.C. §§ 846 and 841(a)(1), Conspiracy to Distribute and Possess with Intent to Distribute Marijuana and Cocaine, and 21 U.S.C. § 853, Criminal Forfeiture.

2. Ms. Locklear was sentenced on October 31, 1995, in the United States District Court for the Eastern District of North Carolina to 292 months of imprisonment followed by 60 months of supervised release.

3. On November 24, 2014 an Order Regarding Motion for Sentence Reduction pursuant to 18 U.S.C. § 3582(c)(2) was issued reducing Ms. Locklear's sentence from 292 to 235 months as to count 1; count 2 remained unchanged.

4. Ms. Locklear is 66 years old and has served over 19

years, or 79 percent, of her term of imprisonment.

    5.  18 U.S.C. § 3582(c)(1)(A)(i) authorizes the court, upon motion of the Director of the Federal Bureau of Prisons, to modify a term of imprisonment upon the finding that extraordinary and compelling reasons warrant the reduction.  The Director of the Federal Bureau of Prisons contends, and this court agrees, that the defendant's age and service of the greater of 10 years or 75 percent of her term of imprisonment constitute extraordinary and compelling reasons warranting the requested reduction.  Accordingly, the motion to reduce defendant's sentence is ALLOWED.

    **IT IS THEREFORE ORDERED** that the defendant's term of imprisonment is hereby reduced to the time she has already served.

    **IT IS FURTHER ORDERED** that the defendant shall be released from the custody of the Federal Bureau of Prisons as soon as the release plan is implemented and travel arrangements can be made.

    **IT IS FURTHER ORDERED** that upon her release from the custody of the Federal Bureau of Prisons, the defendant shall begin serving the 60-month term of supervised release previously imposed.

This 6 January 2014.

W. Earl Britt
Senior U.S. District Judge